| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-1968008** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **5801 Via Delray** <br> **Delray Beach, FL 33484** <br> Number, Street, City, State & ZIP Code <br><br> **Palm Beach** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **palgreens.org/amenities** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**          Case number (*if known*) _____
Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check **all** that apply*: |
| | |     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☒ No. |
|---|---|---|
| | | ☐ Yes. |

District _____    When _____    Case number _____
District _____    When _____    Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**    Case number (*if known*)
Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 28, 2026**
MM / DD / YYYY

X **/s/   Lisa DeFabritiis**          **Lisa DeFabritiis**
Signature of authorized representative of debtor          Printed name

Title  **Acting Board Member**

**18. Signature of attorney**

X **/s/ Tate M. Russack**          Date  **January 28, 2026**
Signature of attorney for debtor          MM / DD / YYYY

**Tate M. Russack 0115806**
Printed name

**RLC, PA**
Firm name

**396 Bayshore Drive**
**Venice, FL 34285**
Number, Street, City, State & ZIP Code

Contact phone  **(410) 505-4150**       Email address  **Tate@russack.net**

**0115806 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 28, 2026**        X  **/s/   Lisa DeFabritiis**
                                              Signature of individual signing on behalf of debtor

                                              **Lisa DeFabritiis**
                                              Printed name

                                              **Acting Board Member**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Palm Greens at Villa Del Ray Recreation Condominium Association, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ainsworth & Clancy<br>Ryan Clancy, Esq.<br>1826 Ponce de Leon Blvd.<br>Miami, FL 33134 | | | | | | $58,480.54 |
| Bob Isray Irrigation Design, Inc.<br>Robert A. Irsay , R/A<br>1003 NW 11 St.<br>Boynton Beach, FL 33426 | | | | | | $1,124.00 |
| Breezeline<br>Pme Batterymarch Park<br>Suite 405<br>Quincy, MA 02169 | | | | | | $7,717.80 |
| Cintas<br>5607 N Hiatus Rd. Ste. 500<br>Tamarac, FL 33321-6409 | | | | | | $206.68 |
| Crizabella Pools, Inc.<br>Karla P. Duarte-Geronimo, R/A<br>934 N. University Dr. #412<br>Coral Springs, FL 33071 | | | | | | $1,696.00 |
| Fiske<br>701 Brickell Ave.<br>Suite 1550<br>Miami, FL 33131 | | | | | | $12,561.62 |

Debtor **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| FL Dept of Rev  5050 W Tennessee St.  Tallahassee, FL 32399-0180 | | | | | | $0.00 |
| Internal Revenue Service  Centralized Insolvency Ops  PO Box 7346  Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Jimmerson Birr  Brandon Meadows, Esq.  701 Riverside Park Pl.  Jacksonville, FL 32204 | | | | | | $99,000.00 |
| Lennar Homes, LLC  8895 N. Military Trail Ste. 101-B  Palm Beach Gardens, FL 33410 | | | Unliquidated  Disputed | | | $25,000,000.00 |
| Number 1 Condominium Association  Palm Greens at Via Del Ray, Inc.  5801 Via Delray Blvd.  Delray Beach, FL 33484 | | | | | | $0.00 |
| Number 2 Condominium Association  Palm Greens Villa Del Ray, Inc.  Mark Friedman, R/A  Becker & Poliakoff  625 N. Flagler Dr., 7th Fl.  West Palm Beach, FL 33401 | | | Unliquidated  Disputed | | | $18,500,000.00 |
| Oracle Elavator | | | | | | $690.00 |

Debtor **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pictera Solutions**<br>**414 7th St.**<br>**West Palm Beach, FL 33401** | | | | | | $22,068.66 |
| **PM Accounting Services, LLC**<br>**PO Box 6482**<br>**Lake Worth, FL 33466** | | | | | | $720.00 |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Palm Greens at Villa Del Ray Recreation Condominium Association, Inc.**  Case No. _____
Debtor(s)   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Acting Board Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 28, 2026**    /s/  Lisa DeFabritiis
  **Lisa DeFabritiis**/**Acting Board Member**
  Signer/Title

13th Floor Investments, LLC
Arnaud Karsenti R/A
2850 Tigertail Ave., Ste 701
Miami, FL 33133


Ainsworth & Clancy
Ryan Clancy, Esq.
1826 Ponce de Leon Blvd.
Miami, FL 33134


Bob Irsay Irrigation Design, Inc.
1370 W. Industrial Ave.
Bay 106
Boynton Beach, FL 33426


Bob Isray Irrigation Design, Inc.
Robert A. Irsay , R/A
1003 NW 11 St.
Boynton Beach, FL 33426


Breezeline
Pme Batterymarch Park
Suite 405
Quincy, MA 02169


Cintas
5607 N Hiatus Rd.
Ste. 500
Tamarac, FL 33321-6409


Crizabella Pools, Inc.
Karla P. Duarte-Geronimo, R/A
934 N. University Dr. #412
Coral Springs, FL 33071


Crizabella Pools, Inc.
3677 NW 124th Ave.
Coral Springs, FL 33065


Fiske
701 Brickell Ave.
Suite 1550
Miami, FL 33131


FL Dept of Rev
5050 W Tennessee St.
Tallahassee, FL 32399-0180


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Jimmerson Birr
Brandon Meadows, Esq.
701 Riverside Park Pl.
Jacksonville, FL 32204

```
Lennar Homes, LLC
8895 N. Military Trail
Ste. 101-B
Palm Beach Gardens, FL 33410


Number 1 Condominium Association
Palm Greens at Via Del Ray, Inc.
5801 Via Delray Blvd.
Delray Beach, FL 33484


Number 1 Condominium Association
Andrew Black, Esq., R/A
1200 Park Central Blvd. South
Pompano Beach, FL 33064


Number 2 Condominium Association
Palm Greens Villa Del Ray, Inc.
Mark Friedman, R/A Becker & Poliakoff 62
West Palm Beach, FL 33401


Number 2 Condominium Association
Palm Greens at Villa Del Ray, Inc.
5801 Via Delray
Delray Beach, FL 33484


Oracle Elavator


Pictera Solutions
414 7th St.
West Palm Beach, FL 33401


PM Accounting Services, LLC
PO Box 6482
Lake Worth, FL 33466
```